UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SUZANNE CARTER and DONALD CARTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 3:13-CV-469 |
| v. | ) | (VARLAN/GUYTON) |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| *Et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Counsel [Doc. 25], filed by Attorney Mark E. Brown. Mr. Brown moves the Court to allow him to withdraw as counsel for the Plaintiffs based upon a lack of communication and other conflicts with Plaintiffs. Neither the Plaintiffs, nor any other party in this case has responded in opposition to the Motion to Withdraw as Counsel.

The Court finds that the Motion to Withdraw as Counsel **[Doc. 25]** complies with Local Rule 83.4 and is unopposed. Accordingly, it is **GRANTED**. Attorney Mark Brown **SHALL** turn any relevant documents over to Plaintiffs and advise Plaintiffs of all pertinent dates and deadlines in this case in writing. Thereafter, Mr. Brown is **RELIEVED** of his duties as counsel in this matter.

The Clerk of Court **SHALL** enter Plaintiffs' contact information in the docket of this case: <u>Suzanne Carter</u>, 2312 Lexington Ontario Road, Lexington, Ohio 44904, phone no. unknown; and <u>Donald Carter</u>, P.O. Box 6671, Maryville, Tennessee, 37802, phone no. (865) 230-7976. The Clerk of Court **SHALL** mail a copy of this Memorandum and Order to the Plaintiffs at the above addresses.

**IT IS SO ORDERED**.

ENTER:

   /s H. Bruce Guyton
United States Magistrate Judge