UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SUZANNE CARTER and DONALD CARTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, LLC, ) <br> *Et al.,* ) <br> ) <br> Defendants. ) | No. 3:13-CV-469 <br> (VARLAN/GUYTON) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Stay Pretrial Deadlines [Doc. 20], filed by Defendant Portfolio Recovery Assets, LLC, ("PRA"). In the Motion to Stay, PRA moves the Court to stay the deadline to conduct a Rule 26(f) conference, the deadline to file a Rule 26(f) discovery plan, and the deadline for exchanging initial disclosures, until the Court rules upon the pending Motion to Dismiss. No party has responded in opposition to the Motion to Stay, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1, 7.2. The Court may treat the failure to respond as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2.

Based upon the foregoing, the Court finds that the Motion to Stay **[Doc. 20]** is well-taken, and it is **GRANTED**. The deadline to conduct a Rule 26(f) conference, the deadline to file a Rule 26(f) discovery plan, and the deadline for initial disclosures are **STAYED** until the Court rules on the Motion to Dismiss [Doc. 18]. If any claims remain following the Court's ruling on

the Motion to Dismiss, the parties shall conduct a Rule 26(f) conference, file a discovery plan, and exchange initial disclosures within **thirty (30) days** of the entry of the ruling.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge